9 Ill. App.2d 574 (1956)
134 N.E.2d 44
Earl Wainwright, Plaintiff-Appellee,
v.
Elgin Windmill Company, Defendant-Appellant.
Gen. No. 10,857.
Illinois Appellate Court  Second District.
April 30, 1956.
Rehearing denied April 30, 1956.
Released for publication May 2, 1956.
Paulson & Jordan, and Andrew Kopp, for appellant.
Huber, Reidy & Katz, for appellee.
Isador I. Katz, of counsel.
(Abstract of Decision.)
Opinion by PRESIDING JUSTICE DOVE.
Judgment affirmed.
Not to be published in full.